UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MONIQUE B. PORTER,

        Plaintiff,

                                        Civil No. 06-6264-HA

    v.

                                        JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

        Based on the record,

        IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is REVERSED and this case is REMANDED to the Commissioner for the calculation and award of benefits to plaintiff Monique Porter.

        Dated this __25__ day of February, 2008.

                                                  /s/ Ancer L. Haggerty
                                                  Ancer L. Haggerty
                                                  United States District Judge